PEOPLE *v.* HORTON. Appeal from Washtenaw, Ross W. Campbell, J. Submitted Division 2 May 4, 1971, at Lansing. (Docket No. 8514.) Decided June 29, 1971. Leave to appeal denied, 386 Mich 752.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William Delhey,* Prosecuting Attorney, and *Thomas F. Shea* and *Karl V. Fink,* Assistant Prosecuting Attorneys, for the people.

*John B. Collins,* for defendant on appeal.

Before: McGREGOR, P. J., and BRONSON and O'HARA, JJ.

MEMORANDUM OPINION. Defendant, George Horton, was tried by jury in Washtenaw County Circuit Court on July 8, 9 and 16, 1968 on the charge of breaking and entering.* He was found guilty, and on July 19, 1968 was sentenced to a term of 9 to 15 years in prison.

After a careful review of the record in this case, we are satisfied that no reversible error was committed by the trial court. Affirmed.

---

* MCLA § 750.110 (Stat Ann 1970 Cum Supp § 28.305).